[Cite as *Exum v. Ohio Dept. of Rehab. & Corr.*, 2011-Ohio-5993.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

MATTHEW EXUM,

    Plaintiff,

    v.

OHIO DEPARTMENT OF
REHABILITATION AND CORRECTION,

    Defendant.

Case No. 2008-09589

Judge Alan C. Travis
Magistrate Anderson M. Renick

JUDGMENT ENTRY

{¶1} This case is sua sponte assigned to Judge Alan C. Travis to conduct all proceedings necessary for decision in this matter.

{¶2} On August 22, 2011, the magistrate issued a decision recommending judgment for defendant. On September 14, 2011, the court issued an entry granting plaintiff's motion for an extension of time to file objections to the magistrate's decision on or before October 20, 2011.

{¶3} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶4} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____

ALAN C. TRAVIS
Judge

cc:

Richard F. Swope
6480 East Main Street, Suite 102
Reynoldsburg, Ohio 43068

Stephanie D. Pestello-Sharf
Assistant Attorney General
150 East Gay Street, 18th Floor
Columbus, Ohio 43215-3130

Filed October 31, 2011
To S.C. reporter November 18, 2011